**No. 09-8164. William Justin Brewster, Petitioner v. David Mills, Warden.**

559 U.S. 976, 130 S. Ct. 1694, 176 L. Ed. 2d 189, 2010 U.S. LEXIS 2197.

March 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

**No. 09-8168. Lyndon Hale, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.**

559 U.S. 976, 130 S. Ct. 1695, 176 L. Ed. 2d 189, 2010 U.S. LEXIS 2042, ■

March 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 09-8169. Bruce Glass, Petitioner v. Rose Williams, Warden.**

559 U.S. 976, 130 S. Ct. 1695, 176 L. Ed. 2d 189, 2010 U.S. LEXIS 2096.

March 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 325 Fed. Appx. 752.

**No. 09-8170. Roger Lee Horton, Petitioner v. Virginia.**

559 U.S. 976, 130 S. Ct. 1695, 176 L. Ed. 2d 189, 2010 U.S. LEXIS 2013.

March 1, 2010. Petition for writ of certiorari to the Supreme Court of Virginia denied.

**No. 09-8172. Sean Scott, Petitioner v. Maryland.**

559 U.S. 976, 130 S. Ct. 1695, 176 L. Ed. 2d 189, 2010 U.S. LEXIS 2081.

March 1, 2010. Petition for writ of certiorari to the Court of Special Appeals of Maryland denied.

Same case below, 186 Md. App. 739.

**No. 09-8173. James R. Smith, Petitioner v. New Jersey.**

559 U.S. 977, 130 S. Ct. 1695, 176 L. Ed. 2d 189, 2010 U.S. LEXIS 2004.

March 1, 2010. Petition for writ of certiorari to the Superior Court of New Jersey, Appellate Division, denied.

**No. 09-8174. Frederick Jerome Smith, Petitioner v. Kim Worthy, et al.**

559 U.S. 977, 130 S. Ct. 1695, 176 L. Ed. 2d 189, 2010 U.S. LEXIS 2086.

March 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 349 Fed. Appx. 12.

**No. 09-8176. Romeo Ezike, Petitioner v. Lakshmi Mittal, et al.**

559 U.S. 977, 130 S. Ct. 1696, 176 L. Ed. 2d 189, 2010 U.S. LEXIS 2046, ■

March 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 09-8177. Steven Crain, Petitioner v. Ronald N. Tutor, et al.**

559 U.S. 977, 130 S. Ct. 1696, 176 L. Ed. 2d 189, 2010 U.S. LEXIS 2068.

March 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 09-8178. Robert Lee Fryburger, Petitioner v. Ben Curry, Warden.**

559 U.S. 977, 130 S. Ct. 1696, 176 L. Ed. 2d 189, 2010 U.S. LEXIS 2135.

March 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 348 Fed. Appx. 273.